## SALEM W. WILEY *v* JAMES GATES.

**Personal Property—Possession.**

> The possession of personal property is **prima facia** evidence of ownership which would entitle the party so possessed to maintain an action against whoever may deprive him of his possession.

### APPEAL FROM GARRARD CIRCUIT COURT.

December 17, 1867.

OPINION OF THE COURT BY JUDGE PETERS:

The possession of the mare by appellee was *prima facie* evidence of ownership and would entitle him to an action against whoever might deprive him of his possession, or detain her from him until a title superior to his own was shown.

Whether the government of the United States was the owner of the mare or not was not an issue involved in this suit, and was one which appellant could not make.

No error is perceived in the instructions given at the instance of appellee nor in overruling those asked by appellant. Wherefore the judgment is affirmed.

*Bradley, for appellant.*

*Anderson, for appellee.*